The following limited contractual agreements have been reached between Jim Nungesser, Josh Bryant, and EMCASCO:

1. Josh Bryant, Jim Nungesser, and EMCASCO hereby agree for purposes of this limited settlement agreement that a reasonable estimate of the amount Josh Bryant will be found to be legally liable to pay to Jim Nungesser in *Nungesser v. Bryant*, District Court of Sedgwick County, Kansas, Case No. 03 CV 00049, for Jim Nungesser's damages sustained as a result of bodily injury and property damage as a result of the subject accident is in the amount of $2,000,000.

2. EMCASCO hereby agrees and consents that Josh Bryant may enter into a confession of judgment to Jim Nungesser in the amount of $2,000,000, in exchange for a covenant not to execute, without prejudicing in any way any rights Josh Bryant would otherwise have against EMCASCO, including, without limitation, prejudicing any right he might otherwise have to assign his right to pursue claims for amounts in excess of policy limits against EMCASCO allegedly caused by, or the result of, EMCASCO's negligence or bad faith.

3. EMCASCO reserves all defenses to any claim by Josh Bryant or Jim Nungesser except as expressly stated in Paragraph 2.

IN WITNESS WHEREOF, the following individuals and corporations have affixed their signatures this 12th day of July, 2007.

_____
Josh Bryant

_____
Jimmy L. ("Jim") Nungesser

_____
EMCASCO Insurance Company ('EMCASCO")
By, Authorized Representative

EXHIBIT 240