No. 05-94176-S

IN THE SUPREME COURT OF THE STATE OF KANSAS

JIMMY L. NUNGESSER,

Plaintiff/Appellee,

vs.

JOSH M. BRYANT
Defendant/Third-party Plaintiff/Appellee,

vs.

EMCASCO INSURANCE COMPANY
Defendant/Appellant

JOINT BRIEF OF APPELLEES
JIM L. NUNGESSER AND JOSH M. BRYANT

Appeal from the District Court of Sedgwick County, Kansas
The Honorable Paul W. Clark, District Judge
District Court Case No. 03-CV-00049

Jacob S. Graybill, S.C. No. 06595
GRAYBILL & HAZLEWOOD L.L.C.
Farm Credit Bank Building
245 N. Waco, Suite 406
Wichita, Kansas 67202
Telephone: (316) 266-4058
Facsimile: (316) 462-5566

ATTORNEYS FOR APPELLEES

ORAL ARGUMENT: 30 MINUTES

EXHIBIT 241

court entered its Journal Entry fixing the amount of the attorneys fee to be awarded to Bryant at $726,549.69. R*33, P. 2876, *et seq.*

## ARGUMENT AND AUTHORITIES

I. **THE DISTRICT COURT DID NOT ERR IN GRANTING PARTIAL SUMMARY JUDGMENT TO NUNGESSER.**

With regard to the issue of settlement, Bryant stands mute. The following response in this Section I is Nungesser's alone.

### A. Standard of Review

The standard of appellate review of the grant or denial of summary judgment motions is *de novo*. *Associated Wholesale Grocers, Inc. v. Americold Corp.*, 261 Kan. 806, 820, 934 P.2d 65 (1997). Summary judgment is governed by the oft-quoted standard requiring the movant to show affirmatively that there is no genuine issue as to a material fact and that it is entitled to judgment as a matter of law. *United Services Auto Ass'n v. Morgan*, 23 Kan. App.2d 987, 992, 939 P.2d 959 (1997).

The party asserting the existence of a settlement contract bears the burden of establishing all the elements of a binding contract. *See Addis v. Bernardin, Inc.*, 226 Kan. 241, 243, 597 P.2d 250, 252 (1979). The existence of a contract is generally a question of fact. *Steele v. Harrison*, 220 Kan. 422, 429, 552 P.2d 957 (1976). However, whether a written instrument or undisputed facts establish the existence and terms of a contract are questions of law for the Court. *Hays v. Underwood, Administrator*, 196 Kan. 265, 267, 411 P.2d 717 (1966).

25